**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE MATTER OF: MARIAN D. TOTH<br>AN INCAPACITATED PERSON | : No. 92 MM 2019<br>:<br>:<br>: |
| PETITION OF: J. GEZA TOTH | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 16th day of October, 2019, the Motion for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is GRANTED. Petitioner is directed to file his Petition for Allowance of Appeal within five days.